# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Civil Action No.: 21-62148-CIV-MARTINEZ-SNOW

**AMBER TERRETA and DEBRA RAYNER,**
*Individually and on Behalf of All Others Similarly Situated*,

      Plaintiff,

v.

**SPIRIT AIRLINES, INC.**,

      Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Debra Rayner, individually, by and through her undersigned counsel and on behalf of the Parties, hereby notifies the Court that the above-styled matter has been settled. Counsel for the Defendant is in the process of preparing the appropriate settlement documents and the parties will file with the Court an appropriate Stipulation for Dismissal within thirty (30) days.

Dated: May 19, 2022

                                            Respectfully submitted,

                                            MARCUS W. CORWIN, P.A.
                                            D/B/A CORWIN LAW

                                            BY: */s/ Marcus W. Corwin*
                                            Marcus W. Corwin, Esq.
                                            6501 Congress Avenue, Ste. 100
                                            Boca Raton, FL 33487
                                            561.482.3636 – Telephone
                                            561.962.2010 – Direct Dial
                                            *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on May 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: */s/ Marcus W. Corwin*
Marcus W. Corwin Esq.

## SERVICE LIST

Steven W. Marcus, Esq.
Smarcus@fwblaw.net
Marc A. Silverman, Esq.
Msilverman@fwblaw.net
Stephanie C. Deutsch, Esq.
Sdeutsch@fwblaw.com
Lisa Claus, Esq.
Lclaus@fwblaw.net
FRANK, WEINBERG & BLACK, P.L.
7805 S.W. 6th Court
Plantation, FL  33324
T: (954) 474-8000
*Attorneys for Defendants*