UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-62148-CIV-MARTINEZ-SNOW

AMBER TERRETA and
DEBRA RAYNER, Individually and on
behalf of All Others Similarly Situated,

    Plaintiffs,

v.

SPIRIT AIRLINES, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs. Because this matter is being dismissed on an individual basis before Plaintiffs filed a Motion seeking class certification, neither Court approval nor notice to the Class is required. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| Amber Terreta and Debra Rayner, Individually and on behalf of All Others Similarly Situated, | Spirit Airlines, Inc. |
| s/Marcus Corwin<br>Marcus Corwin, Esq.<br>Florida Bar No: 764647<br>Corwin Law<br>Email: mcorwin@corwinlawfirm.com<br>6001 Broken Sound Parkway, N.W., Ste 404<br>Boca Raton, FL 33487<br>Telephone: (561) 482-3636<br>*Counsel for Plaintiffs* | s/Steven W. Marcus<br>Steven W. Marcus, Esq.<br>Florida Bar No. 194980<br>Frank, Weinberg & Black, P.L.<br>Email: smarcus@fwblaw.net<br>Marc A. Silverman, Esq.<br>Florida Bar No. 144444<br>Email: msilverman@fwblaw.net<br>Stephanie C. Deutsch, Esq.<br>Florida Bar No. 503584<br>Email: scd@fwblaw.net<br>7805 S.W. 6th Court<br>Plantation, FL 33324<br>Telephone: (954) 474-8000<br>*Counsel for Defendant, Spirit Airlines, Inc.* |