UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-62148-CIV-MARTINEZ-SNOW

AMBER TERRETA and DEBRA RAYNER,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

SPIRIT AIRLINES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 44). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of June, 2022.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record